SERVE: USAA Casualty Insurance Company, Uninsured/Underinsured Motorist Carrier: c/o Commissioner of Insurance, 500 J. Robertson Parkway, 5th Floor, Nashville, Tennessee 37243.

## IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

STEVEN WOOTEN, )
)
    Plaintiff, ) Civil Action No. 2-102-22
vs. )
) **JURY TRIAL DEMANDED**
BRYAN TEJEDA, )
)
A & M TRANSPORTATION SERVICE GROUP, INC., and )
Serve: Guillermo Garcia, Registered Agent )
78 S.W. 7th St., 5th Floor )
Miami, FL 33130 )
)
FEDEX CORPORATION, )
Serve: C.T. Corporation System, Registered Agent )
300 Montvue Rd. )
Knoxville, TN 37919-5546 )
)
    Defendants. )

## COMPLAINT

Comes now the Plaintiff, Steven Wooten, by and through counsel, for his cause of action against the Defendants, Bryan Tejeda, A&M Transportation Service Group, Inc., and FedEx Corporation, and would respectfully show unto this Honorable Court:

1. On or about April 15, 2021, the Plaintiff, Steven Wooten, was operating a vehicle traveling eastbound on Interstate 640 in Knox County, Tennessee.

2. On or about April 15, 2021, the Defendant, Bryan Tejeda, was operating a vehicle travelling eastbound on Interstate 640 in Knox County, Tennessee. At all times material herein, the Defendants, A&M Transportation Service Group, Inc. and FedEx Corporation, were the owners of said vehicle.

3. While operating the vehicle in question, the Defendant, Bryan Tejeda, was employed by the Defendants, A&M Transportation Service Group, Inc. and FedEx Corporation, and was engaged in the ordinary course of business.

4. The Defendant, Bryan Tejeda, changed lanes in his vehicle without keeping a proper lookout and collided with the Plaintiff's vehicle.

5. The Defendant, Bryan Tejeda, was negligent in failing to exercise due care in violation of Tenn. Code Ann. § 55-8-136.

6. The Defendant, Bryan Tejeda, was negligent in moving into an adjoining lane without ascertaining that such a maneuver could be made safely, in violation of Tenn. Code Ann. § 55-8-143.

7. The Defendant, Bryan Tejeda, was negligent in turning without ascertaining that such a maneuver could be made with reasonable safety in violation of Tenn. Code Ann. § 55-8-142.

8. The Defendant, Bryan Tejeda, was negligent in failing to maintain the vehicle he was operating under due and reasonable control.

9. The Defendant, Bryan Tejeda, was negligent in failing to maintain a due and proper look out ahead in the direction in which he was driving.

10. The Defendants, A&M Transportation Service Group, Inc. and FedEx Corporation, were negligent in entrusting the vehicle at issue to the Defendant, Bryan Tejeda.

11. The negligence of all Defendants was the sole cause of the collision.

12. The Defendants, A&M Transportation Service Group, Inc. and FedEx Corporation, are responsible for any negligence of the Defendant, Bryan Tejeda, through the doctrine of *respondeat superior*.

13. As a result of the collision, the Plaintiff, Steven Wooten, suffered injury.

14. As a consequence of these injuries, the Plaintiff, Steven Wooten, incurred expenses for his medical care and treatment, suffered pain of mind and body, and has been prevented from transacting his business.

WHEREFORE, the Plaintiff, Steven Wooten, demands judgment against the Defendants for damages in the sum of ONE-HUNDRED THOUSAND ($100,000.00) DOLLARS and costs.

*The Plaintiff demands a jury try this action.*

Respectfully submitted this the 12 day of April, 2022.

T. SCOTT JONES, BPR #014628
CHRIS W. BEAVERS, BPR #025259
Attorneys for the Plaintiff
BANKS & JONES
2125 Middlebrook Pike
Knoxville, Tennessee 37921
(865) 546-2141
*tscottjones@banksandjones.com*
*chrisbeavers@banksandjones.com*

## COST BOND

We, the undersigned, do hereby acknowledge ourselves as surety for all of the costs of this cause.

This the 12 day of April, 2022.

Steven Wooten, Principal

T. Scott Jones, Attorney
BANKS & JONES, Surety

T. Scott Jones, Attorney

FILED
CHARLES D. SUSANO III
CLERK
2022 APR 12 PM 3:23
KNOX COUNTY CIRCUIT, CIVIL SESSIONS AND JUVENILE COURTS

3

STATE OF TENNESSEE
THE CIRCUIT COURT FOR KNOX COUNTY

# SUMMONS

STEVEN WOOTEN, )
    Plaintiff, )
vs. ) Civil Action No. 2-102-22
)
BRYAN TEJEDA, A & M TRANSPORTATION SERVICE GROUP, INC., )
and FEDEX CORPORATION, )
    Defendants. )

To the above named defendant (s):

You are hereby summoned and required to serve upon T. Scott Jones, plaintiff / plaintiff's attorney, whose address is 2125 Middlebrook Pike, Knoxville, TN 37921 an answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. A copy of the answer must be filed with the court either before or within a reasonable time after service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and attested this the 12 day of April, 2022

CERTIFIED A TRUE COPY
Charles D. Susano III
By: [signature] (D.C.)
CIRCUIT COURT CLERK

Charles D. Susano III, Clerk

Deputy Clerk

## NOTICE

To the defendant(s):

Tennessee law provides a Ten Thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant: A & M TRANSPORTATION SERVICE GROUP, INC.
c/o Guillermo Garcia, Registered Agent
78 S.W. 7th St., 5th Floor
Miami, FL 33130

can be served at: TENNESSEE SECRETARY OF STATE,
1st Fl. State Capitol, 600 Charlotte Pike
Nashville, TN 37243-0305

as agent for Service for a Non-Resident

ADA FOR ASSISTANCE CALL
865 / 215-3641
Elizabeth.Golem@knoxcounty.org

## RETURN

I received this summons on the ____ day of _____, _____.

I hereby certify and return that on the ____ day of _____, _____. I:

[ ] served this summons and complaint on the defendant _____ in the following manner:

_____

[ ] failed to serve this summons within 90 days after its issuance because: _____

_____

_____  _____  _____  _____
Process Server       Print Name           Address              Phone Number

STATE OF TENNESSEE
THE CIRCUIT COURT FOR KNOX COUNTY

# SUMMONS

STEVEN WOOTEN,
    Plaintiff,
vs.

BRYAN TEJEDA, A & M TRANSPORTATION SERVICE GROUP, INC.,
and FEDEX CORPORATION,
    Defendants.

Civil Action No. 2-102-22

FILED
CHARLES D. SUSANO III
CLERK
2022 APR 12 PM 3:23
KNOX COUNTY CIRCUIT
AND CIVIL SESSIONS
JUVENILE COURTS

To the above named defendant (s):

You are hereby summoned and required to serve upon T. Scott Jones, plaintiff / plaintiff's attorney, whose address is 2125 Middlebrook Pike, Knoxville, TN 37921 an answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. A copy of the answer must be filed with the court either before or within a reasonable time after service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and attested this the 12 day of April, 2022

ATTEST
CERTIFIED A TRUE COPY
Charles D. Susano III
By: _____ (D.C.)
CIRCUIT COURT CLERK

Charles D. Susano III, Clerk

Deputy Clerk

## NOTICE

Tennessee law provides a Ten Thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant: BRYAN TEJEDA
3941 SW 154th Ct.
Miami, FL 33185

can be served at: TENNESSEE SECRETARY OF STATE
1st Fl. State Capitol, 600 Charlotte Pike
Nashville, TN 37243-0305

as agent for Service for a Non-Resident

**ADA**
FOR ASSISTANCE CALL
865 / 215-3641
Elizabeth.Golem@knoxcounty.org

## RETURN

I received this summons on the ____ day of _____, _____.

I hereby certify and return that on the ____ day of _____, _____. I:

[ ] served this summons and complaint on the defendant _____ in the following manner:
_____.

[ ] failed to serve this summons within 90 days after its issuance because: _____
_____

_____  _____  _____  _____
Process Server       Print Name           Address              Phone Number

# STATE OF TENNESSEE
# THE CIRCUIT COURT FOR KNOX COUNTY

# SUMMONS

STEVEN WOOTEN, )
    Plaintiff, )
vs. ) Civil Action No. 2-102-22
)
BRYAN TEJEDA, A & M TRANSPORTATION SERVICE GROUP, INC., )
and FEDEX CORPORATION, )
    Defendants. )

To the above named defendant (s):

You are hereby summoned and required to serve upon T. Scott Jones, plaintiff / plaintiff's attorney, whose address is 2125 Middlebrook Pike, Knoxville, TN 37921 an answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. A copy of the answer must be filed with the court either before or within a reasonable time after service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and attested this the 12 day of April, 2022.

Charles D. Susano III, Clerk

Deputy Clerk

## NOTICE

To the defendant (s):

Tennessee law provides a Ten Thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant:     FEDEX CORPORATION
                                          *(TO BE SERVED BY PLAINTIFF'S COUNSEL)*

can be served at:               FedEx Corporation
                                 c/o C.T. Corporation System, Registered Agent
                                 300 Montvue Rd.
                                 Knoxville, TN 37919-5546

## RETURN

I received this summons on the ____ day of _____, _____.

I hereby certify and return that on the ____ day of _____, _____. I:

[ ] served this summons and complaint on the defendant _____ in the following manner: Elizabeth.Golem@knoxcounty.org

ADA FOR ASSISTANCE CALL 865 / 215-3641

_____

[ ] failed to serve this summons within 90 days after its issuance because: _____

_____

_____     _____     _____     _____
Process Server               Print Name                  Address                  Phone Number

# STATE OF TENNESSEE
# THE CIRCUIT COURT FOR KNOX COUNTY

## SUMMONS

FILED
CHARLES D. SUSANO III
CLERK
2022 APR 12 PM 3:28
KNOX COUNTY CIRCUIT
CIVIL SESSIONS
AND JUVENILE COURTS

STEVEN WOOTEN,
      Plaintiff,

vs.

Civil Action No. 2-102-22

BRYAN TEJEDA, A & M TRANSPORTATION SERVICE GROUP, INC.,
and FEDEX CORPORATION,
      Defendants.

To the above named defendant (s):

You are hereby summoned and required to serve upon **T. Scott Jones**, plaintiff / plaintiff's attorney, whose address is **2125 Middlebrook Pike, Knoxville, TN 37921** an answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. A copy of the answer must be filed with the court either before or within a reasonable time after service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and attested this the _12_ day of _April_, _2022_.

Charles D. Susano III, Clerk

Deputy Clerk

## NOTICE

To the defendant (s):

Tennessee law provides a Ten Thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

## SERVICE INFORMATION

To the process server: Defendant: USAA CASUALTY INSURANCE COMPANY (UM/UIM CARRIER) (NAIC CoCode: 25968)

can be served at: USAA Casualty Insurance Company
c/o Commissioner of Insurance
500 James Robertson Parkway
Nashville, TN 37243

ADA FOR ASSISTANCE CALL
865 / 215-3641
Elizabeth.Golem@knoxcounty.org

## RETURN

I received this summons on the ____ day of _____, _____.

I hereby certify and return that on the ____ day of _____, _____. I:

[ ] served this summons and complaint on the defendant _____ in the following manner:

_____.

[ ] failed to serve this summons within 90 days after its issuance because: _____

_____.

_____    _____    _____    _____
Process Server            Print Name               Address              Phone Number